UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>ELEAZAR HERRERA-SANCHEZ, et *al.,*<br><br>    Defendants. | Case No. 1:16-cr-00081-BLW<br><br>**ORDER CONTINUING TRIAL AND TRIAL READINESS CONFERENCE** |

Defendants Joshua James Alford and Lance Ward were recently arraigned and scheduled for trial on August 8, 2016. The co-defendants are scheduled for trial on a different date. Under the Speedy Trial Act, 18 U.S.C. § 3161(h)(6), excludable time exists for "a reasonable period of delay when the defendant is joined for trial with a co-defendant as to whom the time for trial has not run and no motion for severance has been granted." No motion for severance has been filed. Accordingly, pursuant to 18 U.S.C. § 3161(h)(6), the Court will move Defendants Joshua James Alford and Lance Ward to August 29, 2016 with the other co-defendants. Accordingly,

NOW THEREFORE IT IS HEREBY ORDERED that the present trial date for Defendants Joshua James Alford and Lance Ward is VACATED, and that a new trial be set for **August 29, 2016 at 1:30 p.m.** in the U.S. Courthouse in Boise, Idaho.

IT IS FURTHER ORDERED that the period of time between the prior trial date

and the new trial date be deemed EXCLUDABLE TIME under the Speedy Trial Act, 18 U.S.C. § 3161(h)(6).

IT IS FURTHER ORDERED that the current trial readiness conference for Defendants Joshua James Alford and Lance Ward be VACATED, and that a new trial readiness conference be conducted by telephone on **August 18, 2016 at 4:00 p.m.** The Government shall place the call to (208) 334-9145 with opposing counsel on the line.

DATED:  **June 13, 2016**



B. LYNN WINMILL
Chief U.S. District Court Judge